AGOSTINI, RECURRENTE, *v.* EL REGISTRADOR DE MAYAGÜEZ, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Mayagüez denegando la inscripción de una escritura de venta.

No. 348.—Resuelto en diciembre 18, 1917.

PODERES—VENTA DE FINCA—IDENTIFICACIÓN DE LA PROPIEDAD.—En un poder especial para autorizar la venta de una sola finca como de la propiedad del poderdante, no es suficiente para identificar la misma el que se haga una mera referencia general de que está situada en determinada calle de una ciudad, no importando cuán amplias sean las palabras confiriendo la autorización para vender la propiedad.

INSTRUMENTOS PÚBLICOS—SUBSANACIÓN POR AFFIDAVIT.—La presentación de un *affidavit* no es la manera adecuada de subsanar un defecto existente en un documento público.

Los hechos están expresados en la opinión.
Abogado de la recurrente: *S. Angel A. Vázquez.*

El-registrador recurrido, Sr. Rafael Tirado Verrier, compareció por escrito en nombre propio.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal

Convenimos, en el presente recurso gubernativo, con el registrador, que en un poder especial para autorizar la venta de una sola finca como de la propiedad del poderdante, no es suficiente para identificar la misma el que se haga una mera referencia general de que está situada en la Calle de Méndez Vigo, de Mayagüez, no importando cuán amplias sean las palabras confiriendo la autorización para vender tal propiedad.

Hasta cierto punto la recurrente reconoció que el poder era defectuoso pues ofreció al registrador un *affidavit* que tenía por objeto subsanar el defecto. Hemos resuelto frecuentemente que la presentación de un *affidavit* no es la manera adecuada de subsanar un defecto existente en un documento público. No creemos que sea de importancia el otro defecto de no acreditarse la procedencia del título, siempre que la finca sea en otra forma suficientemente identificada.

La nota del registrador debe ser confirmada.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Asociados del Toro y Hutchison.

Los Jueces Sres. Presidente Hernández y Asociado Aldrey no intervinieron.